In the Matter of the Application of MARGUERITE A. BLACKWELL, Appellant, to Compel Production of the Will of HERMANN SIELCKEN, Deceased.

EUGENE SMITH, Respondent.

*Will — order vacating prior order directing production of will affirmed.*

*Matter of Blackwell (In re Sielcken)*, 199 App. Div. 919, affirmed.

(Submitted October 3, 1922; decided October 17, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1921, which affirmed an order of the New York County Surrogate's Court vacating a prior order directing the respondent herein, an attorney, to attend and be examined concerning the will of Hermann Sielcken, executed in the year 1907, and directing him to produce the said will.

*Henry B. Johnson* for appellant.

*Leonard B. Smith* and *Charles H. Tuttle* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.